UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAHEIM STOKES et al.,

                         Plaintiffs,

            -against-

CITY OF NEW YORK,

                         Defendant.

25-CV-2408 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **March 31, 2025** Order, ECF No. **7**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **June 25, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 30, 2025**.

Additionally, as plaintiffs have filed an amended complaint, *see* Dkt. 62, defendant's motion to dismiss plaintiffs' initial complaint is DENIED as moot, *see* Dkt. 47. The Clerk of Court is directed to terminate the motion at Dkt. 47.

            SO ORDERED.

Dated:  June 27, 2025
            New York, New York

_____
            ARUN SUBRAMANIAN
            United States District Judge