UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAHEIM STOKES, ET AL.,
                Plaintiffs,      25-cv-2408 (JGK)

    - against -                 ORDER

CITY OF NEW YORK,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant's motion to dismiss the plaintiffs' first amended complaint is **denied as moot** in light of the consolidation of this case with Harris v. City of New York, 25-cv-2061. The plaintiffs may amend the complaint by **August 4, 2025**. The defendant should move or answer by **August 25, 2025**.

    The Clerk is respectfully directed to close ECF No. 65.

SO ORDERED.
Dated:    New York, New York
           July 3, 2025

                                        John G. Koeltl
                                United States District Judge