UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAHEIM STOKES, ET AL.,

                    Plaintiffs,

      - against -

CITY OF NEW YORK,

                    Defendant.

25-cv-2408 (JGK)

<u>Order</u>

---

John G. Koeltl, District Judge:

    The parties were directed to file a status report with the Court by **June 30, 2026**. To date, the parties have failed to file a status report. The parties are directed to file a status report by **July 2, 2026**.

SO ORDERED.

Dated:    New York, New York
           July 1, 2026

                           John G. Koeltl
                   United States District Judge